# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2014

## NO. 03-13-00655-CV

**M. U., N. T., and E. T., Appellants**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the termination decree signed by the district court on September 12, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's termination decree. Therefore, the Court affirms the district court's termination decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.